```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    COURTNEY J. LINN
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2738
 5
    Attorneys for Plaintiff
 6  United States of America
```

**FILED**

JUN 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | No. Mag. SW-05-0045 PAN |
| ) | |
| SEARCH WARRANT ) | APPLICATION TO UNSEAL SEARCH |
| ) | WARRANT; [PROPOSED] ORDER |
| ) | |

APPLICATION

On February 22, 2005, this Court issued a search warrant for the captioned matter, and sealed the application and affidavit for search warrant as well as the search warrant. Presently, the warrant has been executed and there is no longer cause for these documents to remain sealed. Accordingly, the Government

///
///
///
///
///
///
///
///

respectfully requests that the application and search warrant for this matter be unsealed.

DATED: June 1, 2005

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                          By: _____
                                          S. ROBERT TICE-RASKIN
                                          Assistant U.S. Attorney

                                      ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the following documents for the captioned matter be UNSEALED: (1) the application and affidavit for search warrant; and (2) the search warrant.

Date: June 3, 2005

                                          _____
                                          HONORABLE PETER A. NOWINSKI
                                          United States Magistrate Judge